**UNITED STATES**

v.

**Captain Anthony K. PACE, 228–98–2413 FV, United States Air Force.**

**ACM 27115.**

U.S. Air Force Court of Military Review.

Sentence Adjudged 27 July 1988.

Decided 1 Nov. 1988.

Appellate Counsel for the Appellant: Lieutenant Colonel Richard F. O'Hair, Cap-

tain Darla G. Orndorff and Major G. Michael Lennon, USAFR.

Appellate Counsel for the United States: Colonel Joe R. Lamport.

Before HODGSON, FORAY and HOLTE, Appellate Military Judges.

DECISION

PER CURIAM:

This record was submitted to us on its merits. The appellant entered a guilty plea to three allegations of fraternization by engaging in sexual relations with an enlisted woman who was assigned to his organization. He was sentenced to a dismissal, total forfeitures and to be reprimanded. The convening authority approved only so much of the sentence as provided for a dismissal, "forfeiture of $1553.00 per month until the dismissal is ordered executed," and a reprimand.

We are convinced that the forfeiture provisions in the convening authority's action did not comply with the express terms of R.C.M. 1003(b)(2) which state "[u]nless a total forfeiture is adjudged, a sentence to forfeiture shall state the exact amount in whole dollars to be forfeited each month *and the number of months the forfeiture will last.*" Emphasis added. We will correct this error by limiting the forfeitures to a one month period. *United States v. White*, 23 M.J. 859 (A.C.M.R.1987).

The findings of guilty and only so much the sentence as provides for a dismissal, forfeiture of $1553.00 and a reprimand are

AFFIRMED.